DANIEL BRODERICK, Bar #89424
Acting Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
FLOYD LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LOWE,<br><br>        Petitioner,<br><br>v.<br><br>A.K. SCRIBNER, Warden<br>Corcoran State Prison and<br>JEANNE S. WOODFORD, Director,<br>California Department of Corrections<br><br>        Respondent. | NO.   CIV S-02-0882 LKK GGH P<br><br>**ORDER GRANTING UNOPPOSED EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

On May 22, 2006, Petitioner filed an unopposed request for an extension of time to file objections to the Magistrate Judge's Findings and Recommendations. Good cause appearing, IT IS ORDERED that:

The parties shall file and serve any Objections to the Magistrate Judge's Findings and Recommendations on or before June 30, 2006.

Dated: 5/26/06

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

lowe0882.po