IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD LOWE,

    Petitioner,                    No. CIV S-02-0882 LKK GGH P

  vs.

A. K. SCRIBNER, Warden, et al.,

    Respondents.                   <u>ORDER</u>

_____/

    Petitioner's counsel shall file a certificate of appealability request, which shall set forth the specific grounds on which petitioner intends to appeal and the basis for the challenge. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

    DATED: January 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT